**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MONTANA**

| | |
|---|---|
| In re<br><br>**CHRISTOPHER GREGG THOMAS,**<br><br>Debtor. | Case No. **2:26-bk-20103-BPH** |
| **CHRISTOPHER GREGG THOMAS AND MARGARET S. THOMAS,**<br><br>Plaintiffs.<br><br>v.<br>**TYLER JACKSON dba TJJ CONSTRUCTION, WEGNER ROOFING AND SOLAR CORPORATION, COREY WALLER dba PERFECT TEMP, LLC, DAINE MULLER AND KREWE ROOFING AND CONSTRUCTION LLC,**<br><br>Defendant. | Adv. No. **2:26-ap-2003-BPH** |

**ORDER**

In this adversary proceeding, several Motions for Clerk's Entry of Default are pending against Tyler Jackson dba TJJ Construction (ECF No. 17), Wegner Roofing and Solar Corporation (ECF No. 33),[1] Krewe Roofing and Construction, LLC (ECF No. 38), and Daine Muller (ECF No. 39). As this Court stated in its Order at ECF No. 35:

> As the Trustee has succeeded Debtor in this and other pending adversary proceedings, it is unclear to this Court whether the Trustee intends to work with co-Plaintiff Margaret Thomas to prosecute this matter, seek to dismiss this case, or otherwise attempt to settle potential claims against Defendants before this adversary proceeding progresses further.

The Court is not inclined to allow the default of any Defendants, absent hearing further from the Trustee. Accordingly,

---

[1] The Court notes that Wegner Roofing and Solar Corporation has subsequently answered. ECF No. 34.

IT IS ORDERED that the Motions for Clerk's Entry of Default at ECF Nos. 17, 33, 38, and 39 are held in abeyance until the parties, including the Trustee, may be heard at the status conference set for October 28, 2026.

Dated September 8, 2026.

BY THE COURT:

Hon. Benjamin P. Hursh
United States Bankruptcy Court
District of Montana